IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC.<br><br>          Plaintiff,<br><br>vs.<br><br>ALBERMARLE CORPORATION<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)       Civil Action No. _____ |

**NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED
STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

TO:    Peter C. Hughes, Esq.
        Dilworth Paxson LLP
        First Federal Plaza
        Suite 500
        Wilmington, DE 19801


PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Albermarle Corporation ("Albermarle") by and through counsel, hereby give notice of the removal of the above-captioned action to this Court from the Court of Chancery of the State of Delaware in and for New Castle County.  In support of this removal (the "Notice of Removal"), Albermarle state the following:

1.      On or about November 11, 2005, Plaintiff Crown Packaging Technology, Inc. ("Crown"), filed a complaint seeking damages and equitable relief (the "Complaint") against Albermarle in the Court of Chancery of the State of Delaware in and for New Castle County.  A copy of the Complaint and a summons issued to Albermarle were served on Scott LaScala of The Corporation Trust Company, the registered agent for Albermarle Corporation, on November 28, 2005.

2.    Without conceding the veracity of any of the Complaint's allegations or whether the Complaint in fact states a claim on which relief may be granted, the Complaint purports to state a cause of action under the federal Trademark Act of 1946 (the "Lanham Act"), 15 U.S.C. §1051 *et seq.*    Specifically, Court IV of the Complaint, entitled "Trademark Infringement Under Section 32 of the Lanham Act, 15 U.S.C. § 1114," alleges that Albermarle is using "CROWN-related marks in interstate commerce" and such use is confusingly similar to Crown's use of its registered CROWN mark.    *See* Exhibit A, Complaint at 12-13.    Count V of the Complaint, entitled "Dilution Under Section 45 of the Lanham Act, 15 U.S.C. § 1125," alleges that Albermarle's alleged use of CROWN-related marks is diluting the "distinctive quality of Crown's CROWN® marks" in violation of Section 43 of the Lanham Act.    *See* Exhibit A, Complaint at 14-15.

3.    Because this civil action, among other things, purports to state a cause of action under the Lanham Act, this Court has "original jurisdiction founded on a claim or right arising under the . . . laws of the United States" and this matter is therefore "removable without regard to the citizenship or residence of the parties."    *See* 28 U.S.C. § 1441(b).

4.    Crown also alleges various state law claims that are based on Albermarle's alleged use of Crown-related marks.    These state law claims are joined in the same Complaint with the removable Lanham Act claims; thus, pursuant to 15 U.S.C. 1441(c), the entire case can be removed to this Court to determine all the pending issues.    Moreover, because both the state law claims and the removable Lanham Act claims are based on the same or similar alleged acts or omission, judicial resources are conserved if all claims alleged in the Complaint are determined by the same Court at the same time.

5.    This Notice of Removal is timely because it is being filed within thirty (30) days of receipt of the Complaint by Albermarle.

6.    Based on the foregoing, this entire case is removable to this Court, which embraces the place where this action is currently pending in the Court of Chancery of the State of Delaware in and for New Castle County.

7.    Pursuant to 28 U.S.C. § 1446(a), attached to this Notice of Removal as Exhibit A are copies of all process and pleadings served upon Defendant to date in this action.

8.    Pursuant to 28 U.S.C. § 1446(d), Albermarle is filing contemporaneously herewith a copy of this Notice of Removal with the Register in Chancery for the Court of Chancery of the State of Delaware in and for New Castle County, giving notice of the removal of this action to this Court.

WHEREFORE, Albermarle respectfully gives notice of the removal of this action to this Court.

Respectfully submitted this the 28th day of December, 2005.

MORRIS, NICHOLS, ARSHT & TUNNELL

Thomas C. Grimm (#1098)
Jerry C. Harris, Jr. (#4262)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
*Attorneys for Defendant Albermarle*
*Corporation*

OF COUNSEL

Judith Powell
Kilpatrick Stockton LLP
1100 Peachtree Street Suite 2800
Atlanta, Georgia 30309
(404) 815-6500
*Attorneys for Defendant Albermarle*
*Corporation*

December 28, 2005

3