## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2006, I electronically filed the foregoing **ANSWER AND DEFENSES** with the Clerk of Court using CM/ECF, which will send notification of such filing to Peter C. Hughes.

I also certify that on January 4, 2006, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

### BY FIRST CLASS MAIL

Peter C. Hughes
Dilworth Paxson LLP
First Federal Plaza, Suite 500
Wilmington, Delaware 19801

### BY FEDERAL EXPRESS

Thomas S. Biemer
Steve B. Goodman
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, Pennsylvania 19103

Michael Korniczky
One Crown Way
Philadelphia, Pennsylvania 19154

/s/ Jerry C. Harris, Jr.
Jerry C. Harris, Jr. (#4262)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
jharris@mnat.com
   *Attorneys for Defendant Albermarle Corporation*

500327