IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No. 05-892-JJF |
| ALBERMARLE CORPORATION | ) ) ) | |
| Defendant. | ) ) ) | |

**ALBERMARLE CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Albermarle Corporation ("Albermarle"), states the following:

(1) Albermarle is owned by CP&P, Inc., which is owned by Georgia-Pacific Corporation; and

(2) No publicly held corporation has any ownership interest in Albermarle.

Respectfully submitted the 4th day of January, 2006.

500333

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | /s/ Thomas C. Grimm |
|  | Thomas C. Grimm (#1098) |
|  | Jerry C. Harris, Jr. (#4262) |
|  | 1201 N. Market Street |
| OF COUNSEL | P.O. box 1347 |
|  | Wilmington, Delaware 19899-1347 |
| Judith Powell | (302) 658-9200 |
| Kilpatrick Stockton LLP | TGrimm@mnat.com |
| 1100 Peachtree Street Suite 2800 | JHarris@mnat.com |
| Atlanta, Georgia 30309 | *Attorneys for Defendant Albermarle* |
| (404) 815-6500 | *Corporation* |

January 4, 2006

500333