**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2006, I electronically filed the foregoing **ALBERMARLE CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT** with the Clerk of Court using CM/ECF, which will send notification of such filing to Peter C. Hughes.

I also certify that on January 4, 2006, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY FIRST CLASS MAIL**

Peter C. Hughes
Dilworth Paxson LLP
First Federal Plaza, Suite 500
Wilmington, Delaware 19801

**BY FEDERAL EXPRESS**

Thomas S. Biemer
Steve B. Goodman
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, Pennsylvania 19103

Michael Korniczky
One Crown Way
Philadelphia, Pennsylvania 19154

_____
Jerry C. Harris, Jr. (#4262)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
jharris@mnat.com
    *Attorneys for Defendant Albermarle Corporation*

500333