IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., | ) ) ) |
| Plaintiff, | ) ) ) Civil Action No. 05-892-JJF |
| v. | ) ) |
| ALBERMARLE CORPORATION, | ) ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Thomas C. Grimm as Lead Attorney for Defendant, Albermarle Corporation.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)
Jerry C. Harris, Jr. (#4262)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tcgefiling@mnat.com
jharris@mnat.com
   *Attorneys for Defendant*

OF COUNSEL

Judith Powell
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309
(404) 815-6500

January 12, 2006
501461

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing to Peter C. Hughes.

I also certify that on January 12, 2006, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

### BY HAND

Peter C. Hughes
DILWORTH PAXSON LLP
First Federal Plaza, Suite 500
Wilmington, DE  19801

### BY FIRST CLASS MAIL

Thomas S. Biemer
Steve B. Goodman
DILWORTH PAXSON LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA  19103

Michael Korniczky
One Crown Way
Philadelphia, PA  19154

/s/ Thomas C. Grimm

Thomas C. Grimm (#1098)
tcgefiling@mnat.com

501461