IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALBERMARLE CORP., <br><br> Defendant. | C.A. No. 1:05-cv-892-JJF |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Thomas S. Biemer, Esq. to represent Plaintiff, Crown Packaging Technology, Inc., in this matter.

Respectfully submitted,

/s/ Peter C. Hughes
Peter C. Hughes, Esq.
Delaware ID. No. 4180
**DILWORTH PAXSON LLP**
First Federal Plaza
Suite 500
Wilmington, DE 19801
Tel: 302-571-9800
Fax: 302-571-8875

Dated: 1/12/06

Attorneys for Plaintiff Crown Packaging Technology, Inc.

631216_1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALBERMARLE CORP., <br><br> Defendant. | C.A. No. 1:05-cv-892-JJF |

## ORDER

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice of Thomas S. Biemer in the above matter is GRANTED.

_____
United States District Judge

Date: _____

631216_1