IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CROWN PACKAGING TECHNOLOGY, INC.,**<br><br>            Plaintiff,<br><br>   v.<br><br>**ALBERMARLE CORP.,**<br><br>            Defendant. | C.A. No. 1:05-cv-892 |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Supreme Courts of Pennsylvania and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and that I have paid the $25.00 annual pro hac vice fee.

Respectfully submitted,

_____
Thomas S. Biemer, Esq.
**DILWORTH PAXSON LLP**
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103
Tel: 215-575-7000

Dated: 1/13/06

631216_1