## CERTIFICATE OF SERVICE

I, Peter C. Hughes, Esquire, do hereby certify that on January 18, 2006 I served copies of the foregoing Motion and Order for Admission Pro Hac Vice of Thomas S. Biemer and Certification by Counsel to Be Admitted Pro Hac Vice via the District Court's electronic filing system and via First Class Mail upon the following parties:

Thomas C. Grimm
Jerry C. Harris
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
**ATTORNEYS FOR DEFENDANT**

Judith Powell
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
**OF COUNSEL FOR DEFENDANT**

*/s/ Peter C. Hughes*
Peter C. Hughes, Esquire

632516_1