## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CROWN PACKAGING
TECHNOLOGY, INC.,

              Plaintiff,

    v.

ALBERMARLE CORP.,

              Defendant.

C.A. No. 1:05-cv-892-JJF

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Steven B. Goodman, Esq. to represent Plaintiff, Crown Packaging Technology, Inc., in this matter.

Respectfully submitted,

Peter C. Hughes, Esq.
Delaware ID. No. 4180
**DILWORTH PAXSON LLP**
First Federal Plaza
Suite 500
Wilmington, DE 19801
Tel: 302-571-9800
Fax: 302-571-8875

Dated: 1/12/06

Attorneys for Plaintiff Crown Packaging
Technology, Inc.

631216_1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CROWN PACKAGING
TECHNOLOGY, INC.,

Plaintiff,

v.

ALBERMARLE CORP.,

Defendant.

C.A. No. 1:05-cv-892-JJF

## ORDER

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice of Steven B. Goodman in the above matter is GRANTED.

_____
United States District Judge

Date: _____