IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC.,<br><br>                Plaintiff,<br><br>     v.<br><br>ALBERMARLE CORP.,<br><br>                Defendant. | C.A. No. 1:05-cv-892-JJF |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Supreme Court of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and that I have paid the $25.00 annual pro hac vice fee.

                                                       Respectfully submitted,

                                                       _/s/ Steven B. Goodman_
                                                       Steven B. Goodman, Esq.
                                                       **DILWORTH PAXSON LLP**
Dated: 1/13/06                               3200 Mellon Bank Center
                                                       1735 Market Street
                                                       Philadelphia, PA 19103
                                                       Tel: 215-575-7000

631216_1