# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347
———
302 658 9200
302 658 3989 Fax

Thomas C. Grimm
(302) 351-9273
(302) 425-4661 Fax
tgrimm@mnat.com

January 26, 2006

**VIA E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
  for the District of Delaware
844 King Street
Lockbox 27
Wilmington, DE  19801

        Re:   *Crown Packaging Technology, Inc. v. Albermarle Corporation*
              C.A. No. 05-892-JJF

Dear Judge Farnan:

        Defendant, Albermarle Corporation (hereinafter "Albermarle"), respectfully requests a telephone conference to discuss scheduling in this case in order to expedite disposition of the matter and avoid wasteful pretrial activities.  Albermarle believes that it has a very simple, straightforward dispositive motion that if presented and decided at the outset of this case would obviate the need for substantial discovery and other pretrial proceedings.  Plaintiff is seeking relief based upon Albermarle's filing of trademark applications, not upon any commercial use of trademarks.  Hence, the complaint fails to state a claim on which relief can be granted.  Albermarle is prepared to file its motion on that basis on or before February 13, 2006.

        Because the parties are so far apart on how this case should proceed, they are filing separate proposed scheduling orders.  Accordingly, if the Court desires to enter a scheduling order now, without having a conference, Albermarle respectfully requests that the Court enter the enclosed order, which indicates by bold type the dates and other provisions that are different from Crown's proposal.  In particular, defendant Albermarle's proposal permits the

The Honorable Joseph J. Farnan, Jr.
January 26, 2006
Page 2

filing of case dispositive motions at any time (¶ 7).  Crown has advised us that it has no objection to this provision.

                                                      Respectfully,

                                                */s/ Thomas C. Grimm*

                                                Thomas C. Grimm (#1098)

TCG
Enclosure
cc:    Dr. Peter T. Dalleo, Clerk (by hand - w/encl.)
        Peter C. Hughes, Esquire (by e-filing - w/encl.)
        Steven B. Goodman, Esquire (by e-mail - w/encl.)
        Judith Powell (by e-mail - w/encl.)