```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE
```

CROWN PACKAGING TECHNOLOGY, :
INC., :
:
    Plaintiff, :
:
v. : Civil Action No. 05-892-JJF
:
ALBERMARLE CORPORATION, :
:
    Defendant. :

## O R D E R

WHEREAS, as discussed during the Rule 16 Scheduling Teleconference held on February 7, 2006;

IT IS HEREBY ORDERED that:

1) Defendant's dispositive motion shall be filed, with opening brief, by **February 20, 2006**. Parties shall agree on a briefing schedule which permits the briefing to be completed no later than **April 1, 2006**.

2) Discovery is **STAYED** in this matter until the Court issues its final disposition on Defendant's dispositive motion.

3) Parties shall confer and be prepared to submit a proposed scheduling order upon the issuance of the Court's decision on Defendant's dispositive motion. Using the Court's standard form of order, the proposed scheduling order shall include the following:

    (a) Maximum of **35** interrogatories for each side.

    (b) Maximum of **50** requests for admission by each side, other than for authenticity of documents.

    (c) Maximum of **10** depositions by plaintiff and **10**

by defendant.

    (d) The party that bears the burden of proof on an issue shall first serve reports from experts as required by Fed. R. Civ. P. 26(a)(2); rebuttal reports shall be served within **30** days after the service of the opening expert reports.

February 8, 2006
DATE

UNITED STATES DISTRICT JUDGE