IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., | ) ) ) |
| Plaintiff, | ) ) C.A. No. 05-892-JJF |
| v. | ) ) |
| ALBERMARLE CORPORATION, | ) ) |
| Defendant. | ) |

## ALBERMARLE CORPORATION'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12, Defendant Albermarle Corporation ("Albermarle") moves the Court to dismiss each claim Plaintiff purports to assert in its Complaint. In support of this motion, Albermarle files contemporaneously with this motion its Opening Brief in Support of Defendant's Motion to Dismiss and the Declaration of Emily Kellum Breslin.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Thomas C. Grimm
_____
Thomas C. Grimm (#1098)
Jerry C. Harris, Jr. (#4262)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tcgefiling@mnat.com
jharris@mnat.com
*Attorneys for Defendant Albermarle Corporation*

OF COUNSEL:

Judith A. Powell
KILPATRICK STOCKTON LLP
1100 Peachtree Street Suite 2800
Atlanta, GA 30309-4530
(404) 815-6500

February 21, 2006

- 2 -

## **RULE 7.1.1 CERTIFICATION**

I hereby certify that counsel for defendant has raised the subject of the foregoing motion with counsel for plaintiff, and the parties have not been able to reach agreement on the issues raised in the motion.

        */s/ Thomas C. Grimm*
        Thomas C. Grimm (#1098)

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to Peter C. Hughes.

I also certify that on February 21, 2006, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY HAND**

Peter C. Hughes
Dilworth Paxson LLP
First Federal Plaza, Suite 500
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Thomas S. Biemer
Steve B. Goodman
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA  19103

Michael Korniczky
One Crown Way
Philadelphia, PA  19154

*/s/ Thomas C. Grimm*
Thomas C. Grimm (#1098)
tcgefiling@mnat.com

507915