IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. | ) ) ) | Civil Action No. 05-892 |
| Plaintiff, | ) ) | Memorandum in Support of |
| vs. | ) ) ) | Defendant's Motion to Dismiss for Failure to State A Claim for Which |
| ALBERMARLE CORPORATION | ) ) | Relief Can be Granted |
| Defendant. | ) ) | |

### DECLARATION OF EMILY KELLUM BRESLIN

Emily Kellum Breslin declares as follows:

1. My name is Emily Kellum Breslin. I am Principal Division Counsel for Georgia-Pacific Corporation, parent corporation of Defendant Albermarle Corporation. I am responsible for overseeing the filing of trademark applications for Albermarle and am knowledgeable about Albermarle's activities respecting the CROWNMARK and CROWNSOURCE marks at issue in this litigation.

2. Albermarle is not now using, nor has it ever used, any of the CROWNMARK or CROWNSOURCE marks on or in connection with goods or services in United States commerce.

I declare under penalty of perjury that the foregoing is true and correct.

This ____ day of February, 2006.

_____
Emily Kellum Breslin

91473551.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to Peter C. Hughes.

I also certify that on February 21, 2006, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

### BY HAND

Peter C. Hughes
Dilworth Paxson LLP
First Federal Plaza, Suite 500
Wilmington, DE  19801

### BY FEDERAL EXPRESS

Thomas S. Biemer
Steve B. Goodman
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA  19103

Michael Korniczky
One Crown Way
Philadelphia, PA  19154

Thomas C. Grimm (#1098)
tcgefiling@mnat.com