## CERTIFICATE OF SERVICE

I, Lisa M. S. Vasudevan, Esquire, do hereby certify that on March 23, 2006 I caused to be served copies of the foregoing Defendant's Brief in Opposition to Plaintiff's Motion to Dismiss via the District Court's electronic filing system and via overnight mail and facsimile upon the following parties:

Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**ATTORNEYS FOR DEFENDANT**

Judith Powell
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

**OF COUNSEL FOR DEFENDANT**

_____
Lisa M. S. Vasudevan

640072_1