## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to Peter C. Hughes.

I also certify that on April 3, 2006, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**By Hand**

Peter C. Hughes
Dilworth Paxson LLP
First Federal Plaza, Suite 500
Wilmington, Delaware 19801

**By Federal Express**
Thomas S. Biemer
Steve B. Goodman
Dilworth Paxson LLP
One Customs House – Suite 500
704 King Street
P.O. Box 1031
Wilmington, Delaware 19801

Michael Korniczky
One Crown Way
Philadelphia, Pennsylvania 19154

Jerry C. Harris, Jr (#4262)
jharris@mnat.com