IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CROWN PACKAGING TECHNOLOGY,    :
INC.,                         :
                              :
          Plaintiff,          :
                              :
     v.                       :    Civil Action No. 05-892-JJF
                              :
ALBERMARLE CORPORATION,       :
                              :
          Defendant.          :

ORDER

At Wilmington, the ___8___ day of June 2006, for the reasons

set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Albermarle Corporation's Motion To

Dismiss (D.I. 14) is **GRANTED, DISMISSING ALL FEDERAL LAW CLAIMS**;

however, Plaintiff's state law claims are **REMANDED** to the Court

of Chancery of the State of Delaware in and for New Castle

County.

_____
UNITED STATES DISTRICT JUDGE