OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 14, 2006

Ken Lagowski
Register in Chancery
500 North King Street
Suite 1551
Wilmington, DE 19801-3735

    IN RE: Crown Packaging Technology, Inc. v.
           Albermarle Corporation
           <u>Civil Action No. 05-892(JJF)</u>

Dear Mr. Lagowski,

    In accordance with the June 8, 2006 Order of the Honorable Joseph J. Farnan, Jr., the above entitled action has been remanded to your Court. Enclosed please find for your reference a certified copy of the docket sheet, a certified copy of the Memorandum Opinion (D.I. 19) and Order (D.I. 20).

    Please acknowledge receipt of the above items on the attached copy of this letter. If you have any further questions, please contact me at the phone number listed above.

                              Sincerely,

                              Peter T. Dalles, Clerk

                              By: _[signature]_
                                   Deputy Clerk

cc: Judge Joseph J. Farnan, Jr. (w/o encl.)
    Peter C. Hughes, Esquire (w/o encl.)
    Thomas C. Grim, Esquire (w/o encl.)