OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

June 14, 2006

Ken Lagowski  
Register in Chancery  
500 North King Street  
Suite 1551  
Wilmington, DE 19801-3735

    IN RE: Crown Packaging Technology, Inc. v.  
           Albermarle Corporation  
           Civil Action No. 05-892(JJF)

Dear Mr. Lagowski,

    In accordance with the June 8, 2006 Order of the Honorable Joseph J. Farnan, Jr., the above entitled action has been remanded to your Court. Enclosed please find for your reference a certified copy of the docket sheet, a certified copy of the Memorandum Opinion (D.I. 19) and Order (D.I. 20).

    Please acknowledge receipt of the above items on the attached copy of this letter. If you have any further questions, please contact me at the phone number listed above.

                        Sincerely,

                        Peter T. Dalles, Clerk

                By: _____  
                          Deputy Clerk

cc: Judge Joseph J. Farnan, Jr. (w/o encl.)  
    Peter C. Hughes, Esquire (w/o encl.)  
    Thomas C. Grim, Esquire (w/o encl.)

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

U.S.M.S
X-RAY

WILMINGTON DE 198
20 JUN 2006 PM 9 L

Anita Bolton

PETER T. DALLEO, CLERK
UNITED STATES DISTRICT COURT
844 KING STREET, LOCKBOX 18
WILMINGTON, DE 19801

U.S. POSTAGE